AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Dink and Volley GP, a California general partnership;

*Plaintiff(s)*

v.

Dink and Volley Pickleball, LLC, an Alabama limited liability company; Deirdre Hill, an individual; and DOES 1 through 10, inclusive;

*Defendant(s)*

Civil Action No. 8:25-cv-00808 DOC (JDEx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dink and Volley Pickleball, LLC
114 North 9th Street
Opelika, AL 36801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nathan B. Camuti
Camuti Law Group APC
33 Brookline, Aliso Viejo, CA 92656
Telephone: (949) 716-5565
Email: nate@camutilaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brian D. Karth
*CLERK OF COURT*

Date: 04/18/2025

*Signature of Clerk or Deputy Clerk*