**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DINK AND VOLLEY GP;<br><br>               Plaintiff,<br><br>    v.<br><br>DINK AND VOLLEY PICKLEBALL, LLC; DEIRDRE HILL; and DOES 1 through 10, INCLUSIVE;<br><br>               Defendants. | Case No.: 8:25-cv-00808-DOC-JDE<br><br>**ORDER ISSUING PRELIMINARY INJUNCTION AGAINST DEFENDANTS** |

On April 29, 2025, the Court granted in part the Application of Plaintiff Dink and Volley GP ("Plaintiff") wherein Plaintiff respectfully moved the Court for a Temporary Restraining Order ("TRO") and an Order to Show Cause Why a Preliminary Injunction Should Not Issue against Defendants Dink and Volley Pickleball, LLC ("D&VP") and Deirdre Hill ("Hill") (collectively, "Defendants"), based on Defendants' infringement of Plaintiff's trademarks. The Court held a hearing regarding the issuance of the subsequent Preliminary Injunction enjoining Defendants' use of Plaintiff's trademarks on May 12, 2025.

     Now, having considered all pleadings and papers on file herein, and any oral argument presented at the hearing regarding the issuance of the Preliminary Injunction,

the Court finds that Plaintiff is likely to prevail on the merits of its claims against Defendants, that a Preliminary Injunction is necessary to prevent the ongoing harm to Plaintiff that would occur during the pendency of this lawsuit, that the balance of hardships favors Plaintiff, and that the public interest favors injunctive relief. Accordingly, this Court **GRANTS IN PART** the preliminary injunction against Defendants and enters the following order:

## PRELIMINARY INJUNCTION

IT IS HEREBY ORDERED that Defendants and all those under their direction or control or in active concert or participation with them, their respective suppliers, vendors, licensors, licensees, successors and assigns and the officers, directors, employees, agents and representatives thereof, are hereby immediately enjoined <u>solely on the internet</u> from:

a. Producing, selling, offering for sale, distributing, advertising, providing, or promoting any infringing goods or services that are not authorized by Plaintiff, including goods and services incorporating Plaintiff's trademarks, or that so resemble Plaintiff's trademarks as to be likely to cause confusion, mistake, or deception ;

b. Using any word, term, symbol, or any combination thereof, or any false designation of origin, false or misleading description of fact, which in commercial advertising or through promotion misrepresents the nature, characteristics, qualities, sponsorship or affiliation of Defendants' goods or services;

c. Utilizing Plaintiff's trademarks or marks confusingly similar thereto on the internet in any manner, including on Defendants' website, social media accounts, and all other online platforms within Defendants' control; and

d. Infringing Plaintiff's trademarks in any other manner, including by redirecting traffic from Defendants' www.dinkandvolleypickleball.com website or making any other such commercial use of marks confusingly similar to Plaintiff's trademarks.

Accordingly, Defendants shall submit requests to remove Plaintiff's trademarks and marks confusingly similar thereto from online platforms outside of Defendants' control, such as Defendants' Google Business Profile within fifteen (15) business days of

being served with this Order. Within thirty (30) business days of being served with this Order, Defendants shall also take all reasonable steps to begin ceasing the use of Plaintiff's trademarks or marks <u>online</u> confusingly similar thereto for the pendency of this lawsuit. Defendants can continue their business in their home state of Alabama through business that is not conducted over the internet.

This Order may be served on the parties against whom this Preliminary Injunction is granted anywhere in the United States where they may be found and shall be operative and may be enforced by proceedings to punish for contempt, or otherwise, by this Court or by any other United States district court in whose jurisdiction Defendants may be found.

**IT IS SO ORDERED**

Dated: ___May 13___, 2025

_____
Honorable David O. Carter
United States District Judge