IN THE UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
05/14/2025
CENTRAL DISTRICT OF CALIFORNIA
BY   DVE   DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**DINK AND VOLLEY GP,**  )
)
)
**v.**  )
)
)
**DINK AND VOLLEY**  )
**PICKLEBALL, LLC and**  )
**DEIRDRE HILL.**  )

8:25-cv-00808-DOC-(JDEx)

## OBJECTION TO RULING PURSUANT TO RULE 46

Defendants wholly reside in the State of Alabama. Defendants long ago protected their LLC name, use of their website and social media and have invested their entire life's savings into their very small private business.

Defendants have not received proper service of any summons in this matter but did receive some documents in the mail. Last week, Defendants social media and web page were shutdown pursuant to some order from this Court.

Defendants wholly object to this action as this Court has no jurisdiction over Alabama State Law claims nor jurisdiction to shut down *ex parte* the Defendants web page and social media pages which are essential to Defendants business.

Per the very words of the Complaint filed by the Plaintiff, the Plaintiff knew of Defendants regular business, knew of Defendant's regular use of Dink and Volley and knew of Defendant's trademark protection BEFORE Plaintiff filed for Federal Trademark Protection. This makes Plaintiff's application fraudulent.

Defendant asks this Court to dismiss this matter for lack of jurisdiction and asks this Court to immediately set aside its ruling granting ex parte the shutdown of Defendants private property.

      Defendant's Alabama attorney informed counsel for Plaintiff of all of this information and said attorney scoffed at the plain facts that are not even in dispute. This matter should be dismissed or transferred to the United States District Court in the Middle District of Alabama.

Respectfully submitted *pro se* by Dink and Volley Pickleball, LLC and Deirdre Hill on this 12th day of May, 2025.

*/s/ Deirdre Hill*

Deirdre Hill